UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No: |
| | ) | |
| v. | ) | Violation: |
| | ) | |
| ASHOKKUMAR PATEL, | ) | Count One: Contempt |
| a/k/a ANDY PATEL, | ) | (18 U.S.C. § 401(3)) |
| | ) | |
| Defendant | ) | |

INDICTMENT

COUNT ONE
Contempt
(18 U.S.C. § 401(3))

The Grand Jury charges:

Between on or about at least October 15, 2020 and October 16, 2020, in the District of Massachusetts, and elsewhere, the defendant,

ASHOKKUMAR PATEL,
a/k/a ANDY PATEL

did disobey and resist a lawful order, rule, decree, and command of a Court of the United States of America, to wit: July 7 and August 21, 2017 orders issued by United States Magistrate Judge David H. Hennessy restricting Defendant's travel to the Northern and Central District of Illinois, the District of Massachusetts, the Eastern District of Wisconsin and the Northern District of Indiana.

All in violation of Title 18, United States Code, Section 401(3).

A TRUE BILL

[signature]
FOREPERSON OF THE GRAND JURY

[signature]
Michelle L. Dineen Jerrett
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

DISTRICT OF MASSACHUSETTS; November 12, 2020.
Returned into the District Court by the Grand Jurors and filed.

/s/ Dawn M. King 11:51am
DEPUTY CLERK

2